# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re: SUPERIOR HEALTHCARE INVESTORS, INC.  § Case No. 15-50439-PWB
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cathy L. Scarver, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,400,000.00        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $652,687.83    Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $55,080.00

3) Total gross receipts of $ 708,800.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,032.73 (see **Exhibit 2**), yielded net receipts of $707,767.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,305,501.78 | $2,398,391.85 | $2,385,000.00 | $652,687.83 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 54,018.18 | 45,379.79 | 45,379.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 16,212.44 | 16,212.44 | 9,700.21 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 424,115.37 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,757,155.00 | 2,757,155.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,305,501.78 | $5,649,892.84 | $5,203,747.23 | $707,767.83 |

4) This case was originally filed under Chapter 11 on January 06, 2015 and it was converted to Chapter 7 on November 04, 2015. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2020           By: /s/Cathy L. Scarver, Trustee
                                          Trustee, Bar No.: 628455

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account at National Bank of Commerce (#2463) | 1229-000 | 1,112.73 |
| Remaining Proceeds from Sale of New York Avenue | 1290-010 | 707,687.83 |
| **TOTAL GROSS RECEIPTS** | | **$708,800.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee (HP/Superior, Inc.) | Turnover of HP/Superior Funds, less any bank fees, per order entered 7/19/16, Doc. No. 175. | 8500-002 | 1,032.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,032.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Superior | 4700-000 | 85,506.00 | 13,391.85 | 0.00 | 0.00 |
| 2S | CSE Mortgage, LLC | 4110-000 | 5,082,732.00 | 2,385,000.00 | 2,385,000.00 | 652,687.83 |
| NOTFILED | CapitalSource, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael S. Plsky, Esq. | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Douglas Co. Property Assessor | 4110-000 | 137,263.78 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,305,501.78** | **$2,398,391.85** | **$2,385,000.00** | **$652,687.83** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Cathy L. Scarver, Trustee | 2100-000 | N/A | 38,638.39 | 30,000.00 | 30,000.00 |
| Trustee Expenses - Cathy L. Scarver, Trustee | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Jeffrey K. Kerr & Company, LLC | 3410-000 | N/A | 4,515.50 | 4,515.50 | 4,515.50 |
| Other - Jeffrey K. Kerr & Company, LLC | 3420-000 | N/A | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 7,475.00 | 7,475.00 | 7,475.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 81.79 | 81.79 | 81.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 617.95 | 617.95 | 617.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.00 | 78.00 | 78.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.29 | 75.29 | 75.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.98 | 82.98 | 82.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.66 | 77.66 | 77.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.93 | 82.93 | 82.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.45 | 72.45 | 72.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.10 | 80.10 | 80.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.24 | 72.24 | 72.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.03 | 85.03 | 85.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.17 | 77.17 | 77.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.49 | 74.49 | 74.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.66 | 84.66 | 84.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.27 | 74.27 | 74.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.84 | 81.84 | 81.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.61 | 76.61 | 76.61 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.95 | 73.95 | 73.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.03 | 84.03 | 84.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.16 | 71.16 | 71.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.14 | 76.14 | 76.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.50 | 73.50 | 73.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.53 | 83.53 | 83.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.28 | 73.28 | 73.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.75 | 80.75 | 80.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.11 | 78.11 | 78.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.25 | 40.25 | 40.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.40 | 47.40 | 47.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.05 | 43.05 | 43.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.58 | 41.58 | 41.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.29 | 47.29 | 47.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.07 | 40.07 | 40.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.47 | 41.47 | 41.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.72 | 45.72 | 45.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.25 | 44.25 | 44.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.93 | 39.93 | 39.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.03 | 47.03 | 47.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.72 | 42.72 | 42.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.26 | 41.26 | 41.26 |
| Other - Mechanics Bank | 2600-000 | N/A | 46.92 | 46.92 | 46.92 |
| Other - Mechanics Bank | 2600-000 | N/A | 39.77 | 39.77 | 39.77 |
| Other - Mechanics Bank | 2600-000 | N/A | 46.84 | 46.84 | 46.84 |
| Other - Mechanics Bank | 2600-000 | N/A | 43.83 | 43.83 | 43.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $54,018.18 | $45,379.79 | $45,379.79 |

### EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Lamberth, Cifelli, Ellis & Nason, P.A. | 6210-160 | N/A | 16,167.81 | 16,167.81 | 9,655.58 |
| Lamberth, Cifelli, Ellis & Nason, P.A. | 6220-170 | N/A | 44.63 | 44.63 | 44.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $16,212.44 | $16,212.44 | $9,700.21 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Wisconsin Department of Revenue | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Douglas County Wisconsin | 5800-000 | N/A | 424,115.37 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $424,115.37 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | CSE Mortgage, LLC | 7100-000 | N/A | 2,756,670.00 | 2,756,670.00 | 0.00 |
| 3U | Wisconsin Department of Revenue | 7300-000 | N/A | 485.00 | 485.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,757,155.00 | $2,757,155.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-50439-PWB  
**Case Name:** SUPERIOR HEALTHCARE INVESTORS, INC.

**Trustee:** (300006) Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 11/04/15 (c)  
**§341(a) Meeting Date:** 01/05/16  
**Claims Bar Date:** 03/08/16

**Period Ending:** 09/12/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Property at 1800 New York Avenue, Superior WI 54880  Sold in Chapter 11 Case, pursuant to order entered; Allocation of Sales proceeds disputed. | 2,400,000.00 | 0.00 | | 0.00 | FA |
| 2  Account at BMO Harris Bank (#1118)  (Mere Conduit for HP/Superior, LLC medicaid payments to HP/Superior, Inc.) | 0.00 | 0.00 | | 0.00 | FA |
| 3  Accrued rent and payables owed by HP/Superior, Inc., Case No. 14-71797-pwb.; prior to HP's 11/04/14 petition date.  POC #37 filed in HP case. | Unknown | 2,662,000.00 | | 0.00 | FA |
| 4  Account at National Bank of Commerce (#2463) (u)  Mere conduit for medicaid payments to HP/Superior, Inc.; Non Estate Funds; All funds turned over to HP Superior Trustee, per order entered 7/19/16, Doc No. 175. | 0.00 | 1,112.73 | | 1,112.73 | FA |
| 5  Chapter 11 Administrative Rent Due by (u) HP/Superior, Inc., Case No. 14-71797-pwb; per prder entered 2/25/16, Doc. No. 190. | 0.00 | 463,979.83 | | 0.00 | FA |
| 6  Causes of Action (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7  Remaining Proceeds from Sale of New York Avenue (u) | 0.00 | 707,687.83 | | 707,687.83 | FA |
| 7  Assets   Totals (Excluding unknown values) | **$2,400,000.00** | **$3,834,780.39** | | **$708,800.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017     **Current Projected Date Of Final Report (TFR):**   February 28, 2020  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-50439-PWB  
**Case Name:** SUPERIOR HEALTHCARE INVESTORS, INC.  

**Taxpayer ID #:** **-***9371  
**Period Ending:** 09/12/20  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Mechanics Bank  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $35,660,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/15 | {4} | National Bank of Commerce | Turnover of Funds in Bank Account, per Trustee's demand. | 1229-000 | 1,112.73 | | 1,112.73 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,102.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,092.73 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,082.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,072.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,062.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,052.73 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,042.73 |
| 07/28/16 | {7} | Scroggins & Williamson | Chapter 11 Debtor in Possession Turnover of Remaining Sales Proceeds from sale of building in Chapter 11 case. | 1290-010 | 707,687.83 | | 708,730.56 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 708,720.56 |
| 08/08/16 | 101 | S. Gregory Hays, Chapter 7 Trustee (HP/Superior, Inc.) | Turnover of HP/Superior Funds, less any bank fees, per order entered 7/19/16, Doc. No. 175. | 8500-002 | | 1,032.73 | 707,687.83 |
| 08/08/16 | 102 | CSE Mortgage, LLC | Secured claimant CSE-SHI Claim Payment, per order entered 7/19/16, Doc. No. 175. | 4110-000 | | 652,687.83 | 55,000.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.95 | 54,382.05 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.00 | 54,304.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.29 | 54,228.76 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.98 | 54,145.78 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.66 | 54,068.12 |
| 01/25/17 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #15-50439, Pro rata blanket bond premium payments; per UST | 2300-000 | | 17.06 | 54,051.06 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.93 | 53,968.13 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.45 | 53,895.68 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.10 | 53,815.58 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.24 | 53,743.34 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.03 | 53,658.31 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.17 | 53,581.14 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.49 | 53,506.65 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.66 | 53,421.99 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.27 | 53,347.72 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.84 | 53,265.88 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.61 | 53,189.27 |

Subtotals :   $708,800.56   $655,611.29

{} Asset reference(s)   Printed: 09/12/2020 12:50 PM   V.14.66

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-50439-PWB  
**Case Name:** SUPERIOR HEALTHCARE INVESTORS, INC.  
**Taxpayer ID #:** **-***9371  
**Period Ending:** 09/12/20  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Mechanics Bank  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $35,660,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.95 | 53,115.32 |
| 01/19/18 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #15-50439 | 2300-000 | | 16.80 | 53,098.52 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.03 | 53,014.49 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.16 | 52,943.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.14 | 52,867.19 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.50 | 52,793.69 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.53 | 52,710.16 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.28 | 52,636.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.75 | 52,556.13 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.11 | 52,478.02 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.25 | 52,437.77 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.40 | 52,390.37 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.05 | 52,347.32 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.58 | 52,305.74 |
| 01/29/19 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #15-50439 Voided on 01/30/19 | 2300-000 | | 38.57 | 52,267.17 |
| 01/30/19 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #15-50439 Voided: check issued on 01/29/19 | 2300-000 | | -38.57 | 52,305.74 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.29 | 52,258.45 |
| 02/07/19 | 106 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #15-50439, Per UST Authorization | 2300-000 | | 20.27 | 52,238.18 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.07 | 52,198.11 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.47 | 52,156.64 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.72 | 52,110.92 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.25 | 52,066.67 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.93 | 52,026.74 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.03 | 51,979.71 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.72 | 51,936.99 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.26 | 51,895.73 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 46.92 | 51,848.81 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 39.77 | 51,809.04 |

Subtotals :    $0.00    $1,380.23

{} Asset reference(s)                                  Printed: 09/12/2020 12:50 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-50439-PWB  
**Case Name:** SUPERIOR HEALTHCARE INVESTORS, INC.  
**Taxpayer ID #:** **-***9371  
**Period Ending:** 09/12/20  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Mechanics Bank  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $35,660,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 46.84 | 51,762.20 |
| 01/16/20 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #15-50439, 2020 Blanket Bond Premium Voided on 01/16/20 | 2300-000 | | 20.14 | 51,742.06 |
| 01/16/20 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #15-50439, 2020 Blanket Bond Premium Voided: check issued on 01/16/20 | 2300-000 | | -20.14 | 51,762.20 |
| 01/16/20 | 108 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #15-50439, 2020 Blanket Bond Premium Payment | 2300-000 | | 27.66 | 51,734.54 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 43.83 | 51,690.71 |
| 04/07/20 | 109 | Cathy L. Scarver | Dividend paid 100.00% on $30,000.00, Trustee Compensation; per order entered 4/7/20, Doc. No. 192. | 2100-000 | | 30,000.00 | 21,690.71 |
| 04/07/20 | 110 | Jeffrey K. Kerr & Company, LLC | Dividend paid 100.00% on $4,515.50, Accountant for Trustee Fees (Other Firm); per order entered 4/7/20, Doc. No. 192. | 3410-000 | | 4,515.50 | 17,175.21 |
| 04/07/20 | 111 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $7,475.00, U.S. Trustee Quarterly Fees; Reference: Stopped on 07/09/20 | 2950-000 | | 7,475.00 | 9,700.21 |
| 04/07/20 | 112 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 100.00% on $44.63, Attorney for D-I-P Expenses (Chapter 11); Reference: | 6220-170 | | 44.63 | 9,655.58 |
| 04/07/20 | 113 | Lamberth, Cifelli, Ellis & Nason, P.A. | Dividend paid 59.72% on $16,167.81, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 9,655.58 | 0.00 |
| 07/09/20 | 111 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $7,475.00, U.S. Trustee Quarterly Fees; Reference: Stopped: check issued on 04/07/20 | 2950-000 | | -7,475.00 | 7,475.00 |
| 07/09/20 | 114 | Office of the United States Trustee | Reissue Check for Dividend paid 100.00% on $7,475.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 7,475.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 708,800.56 | 708,800.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 708,800.56 | 708,800.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $708,800.56 | $708,800.56 | |

{} Asset reference(s)

Printed: 09/12/2020 12:50 PM    V.14.66

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 15-50439-PWB | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|
| Case Name: | SUPERIOR HEALTHCARE INVESTORS, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***9371 | Blanket Bond: | $35,660,000.00  (per case limit) |
| Period Ending: | 09/12/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 708,800.56
Less Other Noncompensable Items : 1,032.73
Net Estate : $707,767.83

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4266 | 708,800.56 | 708,800.56 | 0.00 |
| | $708,800.56 | $708,800.56 | $0.00 |

{} Asset reference(s)

Printed: 09/12/2020 12:50 PM     V.14.66